OPINIONS PER CURIAM, ETC., FROM FEBRU-
ARY 21 TO MAY 29, 1911.

No. 532. THE MISSOURI, KANSAS & TEXAS RAILWAY
COMPANY, PLAINTIFF IN ERROR, *v.* C. W. RICHARDSON.
Error to the Court of Civil Appeals for the Fifth Supreme
Judicial District of the State of Texas. Motion to dismiss
or affirm submitted February 27, 1911. Decided March 6,
1911. *Per Curiam.* Judgment affirmed with costs.
*Louisville & Nashville Railroad Company* v. *Melton*, 218
U. S. 36; *Mobile, Jackson & Kansas City Railroad Com-
pany* v. *Turnipseed, Administrator, &c.*, 219 U. S. 35.
*Mr. Cecil H. Smith, Mr.. James Hagerman* and *Mr. Joseph
M. Bryson* for the plaintiff in error. *Mr. Joseph W.
Bailey* and *Mr. Rice Maxey* for the defendant in error.

No. 640. THE VICKSBURG WATER WORKS COMPANY,
PLAINTIFF IN ERROR, *v.* YAZOO. & MISSISSIPPI VALLEY
RAILROAD COMPANY. Error to the Supreme Court of the
State of Mississippi.. Motion to dismiss or affirm sub-
mitted February 27, 1911. Decided March 6, 1911.
*Per Curiam.* Dismissed for want of jurisdiction. *Great
Western Telegraph Company* v. *Burnham*, 162 U. S. 339;
*Slosser* v. *Hemphill*, 198 U. S. 173. *Mr. J. C. Bryson* for
the plaintiff in error. *Mr. Charles N. Burch* and *Mr. Ed-
ward Mayes* for the defendant in error.